UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **ALICIA KENISON,**<br><br>    Plaintiff,<br><br>**vs.**<br><br>**CAPITAL ONE, N.A.,**<br><br>    Defendant. | **Civil Action No.: 2:17-cv-00149-JDL**<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that the Plaintiff Alicia Kenison by and through her attorneys, informs this Honorable Court that Plaintiff has settled his case with Defendant, Capital One, N.A.  The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 30 days.  Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: September 29, 2017                    Respectfully Submitted,

**WALKER & JENNINGS, PA**
By: */s/ Douglas F. Jennings*
Douglas F. Jennings
PO Box 292
144 Walter Street,
Hallowell, ME 04347
Tel: (207) 621-8188
Email: dfjlaw@live.com
Attorneys for Plaintiff
Alicia Kenison

1